**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 TERESA ELIZABETH MURPHY, also known as
Teresa Leo,

                          Petitioner,

        -against-

THE PEOPLE OF THE STATE OF NEW YORK,

                          Respondent.
-----------------------------------------------------------------X

25 **CIVIL** 6346 (LLS)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated April 29, 2026, the Court has denied without prejudice this

petition for a writ of *habeas corpus* under 28 U.S.C. § 2254, and the action is dismissed.

**Dated:** New York, New York

     May 5, 2026

                              **TAMMI M. HELLWIG**

                              _____

                                **Clerk of Court**

                                K. mango

        **BY:**

                                _____

                                **Deputy Clerk**